Brian M. Holm (Cal. State Bar No. 255691)
HOLM LAW GROUP, PC
171 Saxony Road, Suite 203
Encinitas, California 92024
p. 858.433.2001 f. 888.483.3323
brian@holmlawgroup.com

John J. O'Brien (Cal. State Bar No. 253392)
THORSNES BARTOLOTTA MCGUIRE, LLP
2550 Fifth Avenue, 11th Floor
San Diego, California 92103
p. 619.236.9363 f. 619.236.9653
obrien@tbmlawyers.com

Christpher R. Dryden (Cal. State Bar No. 234476)
James C. Huber (Cal. State Bar No. 269488)
GLOBAL LEGAL LAW FIRM
322 Encinitas Boulevard, Ste 200
Encinitas, California 92024
p. 888-846-8901 f. 888-846-8902
cdryden@attorneygl.com | jhuber@attorneygl.com

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE NO. 1, individually, and on behalf of all others similarly situated; and JANE DOE NO. 2, individually, and on behalf of all others similarly situated, JANE DOE NO. 3, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>CCBILL, LLC, an Arizona limited liability company; EPOCH.COM, LLC, a California limited liability company, FIRST DATA MERCHANT SERVICES, LLC, a Florida limited liability company; TOTAL SYSTEM SERVICES, LLC, a Delaware corporation, and BANK DOE(S) 1 - 10, inclusive;<br><br>    Defendants. | Case No: 3:25-cv-02721-AGS-KSC<br><br>*Honorable Andrew G. Schopler*<br><br>**PLAINTIFFS' REQUEST FOR DISMISSAL OF DEFENDANT FIRST DATA MERCHANT SERVICES, LLC WITHOUT PREJUDICE**<br><br>*Action Filed: October 13, 2025* |

///

///

REQUEST FOR DISMISSAL WITHOUT PREJUDICE

GLOBAL LEGAL LAW FIRM
322 ENCINITAS BLVD., SUITE 200
ENCINITAS, CA 92024
(888) 846-8901

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1):**

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), plaintiffs Jane Doe No. 1, Jane Doe No. 2, and Jane Doe No. 3 hereby request the Court dismiss  defendant First Data Merchant Services, LLC from this action without prejudice.

RESPECTFULLY SUBMITTED:

Dated:  December 12, 2025

/s/ James C. Huber

BRIAN M. HOLM
*brian@holmlawgroup.com*
JOHN J. O'BRIEN
*obrien@tbmlawyers.com*
CHRISTPHER R. DRYDEN
*cdryden@attorneygl.com*
JAMES C. HUBER
*jhuber@attorneygl.com*
**Attorneys for Plaintiffs**

GLOBAL LEGAL LAW FIRM
322 ENCINITAS BLVD., SUITE 200
ENCINITAS, CA 92024
(888) 846-8901

2
REQUEST FOR DISMISSAL WITHOUT PREJUDICE

**CERTIFICATE OF SERVICE**

I, JAMES C. HUBER, hereby certify that on December 12, 2025, I caused to be electronically filed **PLAINTIFFS' REQUEST FOR DISMISSAL OF DEFENDANT FIRST DATA MERCHANT SERVICES, LLC WITHOUT PREJUDICE**, with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail, electronic mail, or by other means permitted by the court rules.

Dated:  December 12, 2025

*/s/ James C. Huber*
BRIAN M. HOLM
*brian@holmlawgroup.com*
JOHN J. O'BRIEN
*obrien@tbmlawyers.com*
CHRISTPHER R. DRYDEN
*cdryden@attorneygl.com*
JAMES C. HUBER
*jhuber@attorneygl.com*
**Attorneys for Plaintiffs**

GLOBAL LEGAL LAW FIRM
322 ENCINITAS BLVD., SUITE 200
ENCINITAS, CA 92024
(888) 846-8901

1
CERTIFICATE OF SERVICE